FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 24 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 24-1312 JB
)
vs. ) Count 1: 18 U.S.C. § 1512(c)(2):
) Obstruction of Justice; 18 U.S.C. § 2:
**KYLE LINKER**, ) Aiding and Abetting;
)
    Defendant. )

# INFORMATION

The United States Attorney:

### Count 1

On or around December 16, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **KYLE LINKER**, did knowingly, willfully, and corruptly obstruct, influence, and impede, and did attempt to corruptly obstruct, influence, and impede an official proceeding, namely, a federal grand jury investigation, that would foreseeably result from an investigation conducted by the Drug Enforcement Administration of possible violations of federal criminal laws.

In violation of 18 U.S.C. § 1512(c)(2).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SEAN M. LONG
Assistant United States Attorney
*Acting Under Authority Conferred by 28 U.S.C. § 515*
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7351
Facsimile:  806-472-7394
E-Mail:  sean.long@usdoj.gov