October 7, 2024

United States District Judge James O. Browning
United States District Court
333 Lomas Blvd. NW
Albuquerque, NM 87102

Your Honor Judge Browning,

This letter serves as a character reference for Kyle Linker. Our family has known Kyle Linker for the entirety of his life, and I myself am his mother's cousin.

Kyle was born around the same time as my own children, and they spent many hours growing up and playing together. I distinctly remember how kind and gentle he always was with my children. He excelled in school, and brought home his successes to share with his family, including his own baby brother.

Ever since he was little, Kyle was family-oriented. Not only did he grow up with his brother and his many cousins (my generation's children), but he always made sure to spend time with the elders in the family as well. As a child, Kyle was always ecstatic to travel up to Eagle's Nest to spend time with his grandparents. He would work diligently with them on the farm, eagerly learning their ways so that some day he could share this expertise with his own children. He was patient as they taught him how to tend to the plants and animals, and attentive to details so nothing went unnoticed by him. All of these experiences during his childhood would benefit him in his future career as Bernalillo County Sheriff's Deputy, First Class.

To this day, Kyle uses his delicate nature and kind heart to do good by others. He is passionate about taking care of his community, and hopes to create a safer, and more loving world for his children, siblings, parents, cousins, friends and neighbors. Kyle is of exceptional character, and anyone that knows him would say nothing less.

Thank you for your time.

*Rosemary Scott*
Rosemary Scott