**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-1312 JB |
| ) | |
| **KYLE LINKER**, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT

Pursuant to USSG § 3E1.1(b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level.

1. Pursuant to USSG § 3E1.1(a), the Defendant has clearly demonstrated acceptance of responsibility for this offense. The Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty.

2. Prior to the operation of USSG § 3E1.1(a), the Defendant's offense level was 16 or greater.



Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY
Northern District of Texas

*/s/ Sean M. Long*
SEAN M. LONG
Assistant United States Attorney
*Acting Under Authority Conferred by 28 U.S.C. § 515*
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-Mail:      sean.long@usdoj.gov

I HEREBY CERTIFY that a true copy of this Motion was provided to Counsel for Defendant.

*/s/ Sean M. Long*
SEAN M. LONG
Assistant United States Attorney
*Acting Under Authority Conferred by 28 U.S.C. § 515*